■ ROGER Q. MANNING, Respondent, v. WALTER C. LUNDGREN, Appellant, et al., Defendant.— Motion by respondent to dismiss appeal, denied. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ IDA MARCO, as Ancillary Administratrix, Appellant, v. WALTER E. SACHS et al., Respondents, and BLUE RIDGE CORPORATION et al., Appellants, et al., Defendants.— Motion by three defendants, Sachs, Weinberg and Catchings, to dismiss the pending appeals herein by plaintiff Ida Marco, by William Marco and by defendants Blue Ridge Corporation and Ridge Realization Corporation, denied on condition that the appeals be perfected and argued or submitted at the December Term, beginning November 28, 1960. The appeals are ordered on the calendar for said term. Appellants' briefs are directed to be filed and served on or before November 9, 1960. On the court's own motion, leave is granted to dispense with the printing of the papers and exhibits enumerated in the stipulation of the parties, dated October 12, 1960; the originals or copies of such papers and exhibits to be submitted on the argument. Motion by appellant William Marco and by plaintiff-appellant Ida Marco, as ancillary administratrix, etc., to substitute said William Marco, as administrator, etc., in her place as the appellant in the pending appeals; and for other relief. Motion granted to the extent of substituting William Marco, administrator, etc., in place of Ida Marco, ancillary administratrix, etc., as the appellant in the pending appeals, and amending the title of the action accordingly, on the following condition: that, within five days after the entry of the order hereon, said William Marco shall file an undertaking for $1,000, with corporate surety, to pay all costs and disbursements which may be awarded against him on the pending appeals. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ ARMANDO MARTINO et al., Respondents, v. SAM COHEN, Appellant, et al., Defendants.— Motion by appellant for a stay pending appeal granted by default, on condition that appellant perfect the appeal and be ready to argue or submit it at the January 1961 Term. The appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ ELBA MENDEZ, as Administratrix of the Estate of ANGELO MENDEZ et al., Appellants, v. FRANKLYN GOROFF, Respondent.— Motion by respondent to dismiss appeal for lack of prosecution, denied on condition that appellants argue or submit the appeal at the January 1961 Term. The appeal is ordered on the calendar for said term. On the court's own motion, the appeal will be heard on the original papers and on printed briefs. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ LONIE C. MURRAY, Appellant-Respondent, v. McLEAN TRUCKING COMPANY, Respondent-Appellant.— Motion by plaintiff to consolidate his appeal from an order denying his motion for summary judgment with defendant's appeal from an order denying its motion to dismiss the complaint for failure to prosecute the action. Motion denied, with leave to renew after the appeals have been perfected. Motion by plaintiff to dispense with the printing of the record and his brief on his appeal, denied. Motion by plaintiff to dispense with the printing of his brief as respondent on defendant's appeal, granted. Plaintiff may submit a typewritten brief, and he is directed to file six copies thereof and to serve one copy on the defendant. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.